IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:07-cr-00012-10 |
| | ) | Judge Trauger |
| | ) | |
| JOSE LUIS RODRIGUEZ | ) | |

### O R D E R

It is hereby ORDERED that a hearing shall be held on the Superseding Petition to Revoke Supervision (Docket No. 614) on Friday, September 16, 2016 at 3:30 p.m.

It is so **ORDERED**.

ENTER this 8th day of September 2016.

_____
ALETA A. TRAUGER
U.S. District Judge